IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK HARVEY,**<br><br>*Petitioner,*<br><br>v.<br><br>**ERIC ARMEL, et al.,**<br><br>*Respondents.* | **Case No. 2:22-cv-03766-JDW** |

### ORDER

**AND NOW**, this 22nd day of August, 2025, upon consideration of Derrick Harvey's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 1) and his Amended Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (ECF No. 26), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Mr. Harvey's Objections To Magistrate Judge's Report and Recommendation (ECF No. 36) are **OVERRULED**;

2. The Report and Recommendation dated October 7, 2024 (ECF No. 33) is **APPROVED** and **ADOPTED**;

3. Mr. Harvey's Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 1) and his Amended Petition For Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (ECF No. 26) are **DENIED**;

4. A Certificate of Appealability **SHALL NOT ISSUE**; and

5.  The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.